1

2

3

4

5

6

7               UNITED STATES DISTRICT COURT

8               CENTRAL DISTRICT OF CALIFORNIA

9

10  KYLE PEPPERS,                    )        No.  CV 10-7497-DSF (AGR)
                                     )
11                  Petitioner,      )
                                     )        JUDGMENT
12       v.                          )
                                     )
13  LINDA SANDERS,                   )
                                     )
14                  Respondent.      )
    ─────────────────────────────── )
15

16       Pursuant to the Order Accepting Findings and Recommendation of United

17  States Magistrate Judge,

18       IT IS ADJUDGED that the Petition in this matter is denied and dismissed

19  without prejudice.

20

21  DATED:     11/8/12            _____

22                                        DALE S. FISCHER
                                    United States District Judge

23

24

25

26

27

28