UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE PEPPERS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>LINDA SANDERS,<br><br>　　　　Respondent. | No. CV 10-7497-DSF (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed without prejudice.

DATED: 11/8/12　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　　　United States District Judge